IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

           Plaintiff,                               ORDER

   v.

                                                    08-mj-005-slc

SPENCER JURAL,

           Defendant.

---

On April 8, 2008, this court held a telephonic hearing at which Spencer Jural, by counsel, pled guilty to the three petty offense citations issued against him by the District of Massachussetts. Jural did not participate personally, but had authorized his attorney, Federal Defender Michael Lieberman, to represent him for the guilty plea and sentencing. The government was represented by Assistant United States Attorney Elizabeth Altman.

As per the agreement (previously commemorated on the record at Mr. Jural's initial appearance in court), I accepted Mr. Jural's guilty plea to the three designated tickets and fined him $150 per ticket, plus a $5 special assessment per ticket. Mr. Jural must pay $465 to the clerk of this court not later than June 9, 2008. On the government's motion, I dismissed the fourth ticket. The parties had no other matters to bring to the court's attention.

Entered this 9th day of April, 2008.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge